1  Grant A. Carlson, Esq. - SBN 155933
   Friedman, Enriquez & Carlson, LLP
2  433 North Camden Drive, Suite 965
   Beverly Hills, California 90210
3  Telephone: (310) 273-0777
   Fax: (310) 273-1115
4
   Attorneys for Defendants
5  Nth Connect Telecom, Inc. and Steven Chen

6

7

8
                    UNITED STATES DISTRICT COURT
9
              CALIFORNIA NORTHERN DISTRICT (SAN JOSE)
10

11 PAULO ARANDA                          )   Case No. 5:06-cv-04738-JW
                                          )
12              Plaintiff,               )   STIPULATION AND [PROPOSED] ORDER
                                          )   CONTINUING CASE MANAGEMENT
13       vs.                             )   CONFERENCE
                                          )
14 NTH CONNECT TELECOM INC., STEVEN      )   Current Date of CMC
   CHEN, DOES 1 to 15,                   )   Date: 11/27/06
15                                        )   Time: 10:00 a.m.
                Defendants.              )   Courtroom: 8
16 _____ )
                                             Proposed New Date for CMC
17                                           Date: 12/11/06
                                             Time: 10: a.m.
18                                           Courtroom: 8

19 \ \ \

20 \ \ \

21 \ \ \

22 \ \ \

23 \ \ \

24 \ \ \

25 \ \ \

26 \ \ \

27 \ \ \

28 \ \ \

                                   -1-

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1  (1) The Court has set a Case Management Conference for November 27, 2006 at 10:00 a.m. in Courtroom 8;

(2) Lead counsel for defendants has a conflict on that date, as counsel will be in Boise, Idaho, on the morning of November 27, 2006;

(3) Lead counsel for defendants would request that the Court continue the Case Management Conference for two weeks to allow counsel to attend and participate in the Case Management Conference;

(4) Counsel for defendants does not have an alternate attorney sufficiently familiar with this case to allow defendants to meaningfully participate in the Case Management Conference;

(5) The parties have not requested any previous modifications to the court orders, whether by stipulation or otherwise;

(6) Based upon the foregoing, the parties hereby stipulate as follows: the Case Management Conference will be continued from November 27, 2006 to December 11, 2006, at 10:00 a.m., in Courtroom 8.

Dated: November 17, 2006        Dal Bon & Wang

By: _____/s/_____
Adam Q. Wang, Esq.
Attorneys for Plaintiff

Dated: November __, 2006        Friedman, Enriquez & Carlson, LLP

By: _____/s/_____
Grant A. Carlson, Esq.
Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: November 17 2006         _____
United States District Judge

-2-

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE