1    Grant A. Carlson, Esq. - SBN 155933
     Friedman, Enriquez & Carlson, LLP
2    433 North Camden Drive, Suite 965
     Beverly Hills, California 90210
3    Telephone:  (310) 273-0777
     Fax:  (310) 273-1115
4
     Attorneys for Defendants
5    Nth Connect Telecom, Inc. and Steven Chen

6

7

8

9                    UNITED STATES DISTRICT COURT

10             CALIFORNIA NORTHERN DISTRICT (SAN JOSE)

11   PAULO ARANDA                          )    Case No.  5:06-cv-04738-JW
                                           )
12                  Plaintiff,             )    REQUEST TO PARTICIPATE IN THE CASE
                                           )    MANAGEMENT      CONFERENCE
13        vs.                              )    TELEPHONICALLY
                                           )
14   NTH CONNECT TELECOM INC., STEVEN      )
     CHEN, DOES 1 to 15,                   )    Date: 12/11/06
15                                         )    Time: 10: a.m.
                    Defendants.            )    Courtroom: 8
16   _____)

17        Defendants' counsel hereby requests to participate in the Case Management Conference

18   telephonically.  The Case Management Conference is set for December 11, 2006 at 10:00 a.m. in

19   Courtroom 8.

20
     Dated: December 5, 2006
21                                              Friedman, Enriquez & Carlson, LLP

22

23                                              By: _____/s/_____
                                                    Grant A. Carlson, Esq.
24                                                  Attorneys for Defendants

25        IT IS SO GRANTED.

26

27   Dated:  ___December 7th, 2006___         _____
                                              United States District Judge
28

                                        -1-

REQUEST TO PARTICIPATE IN THE CASE MANAGEMENT CONFERENCE TELEPHONICALLY