1

2

3                                                  **\*E-FILED 8/15/07\***

4

5                      IN THE UNITED STATES DISTRICT COURT

6                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

7                              SAN JOSE DIVISION

8    PAULO ARANDA,                               NO. C 06-04738 JF (RS)

9                    Plaintiff,                  **ORDER RE DISCOVERY**
                                                 **MOTIONS**
10        v.

11   NTH TELECOM, INC., et al.,

12               Defendants.

13   _____/

14

15                              I.  INTRODUCTION

16        Plaintiff Paulo Aranda brought this action contending he was improperly classed as "exempt"

17   while employed by defendant Nth Telecom, Inc. ("NTI") and thereby deprived of overtime pay.  A

18   dispute as to whether NTI has produced all "payroll records" related to Aranda spawned four

19   separate discovery motions, all of which were heard on August 15, 2007.  As set forth below, the

20   motions will be granted in part, and denied in part.

21

22                              II.  DISCUSSION

23        A.   Aranda's motion to compel

24             1.   Documents

25        Aranda moves to compel the production of his own payroll records and paycheck stubs

26   (Document Request Nos. 2 and 3) as well as the payroll records of any person who held the same

27   position as did Aranda (Request No. 18).   As to records relating to Aranda, NTI insists that it has

28   produced all responsive documents in its possession, custody, or control.  NTI contends that certain

**United States District Court**
For the Northern District of California

1

**United States District Court**
For the Northern District of California

1   other documents that may exist or could be generated are outside the scope of the requests.  At the

2   hearing, however, NTI agreed to produce any such documents, notwithstanding its position that the

3   requests should not be read so broadly.  NTI shall do so within 15 days of the date of this order.

4   As to Request No. 18, Aranda's claim of relevance is too attenuated to support compelling

5   disclosure of other persons' payroll records, particularly given the privacy concerns that would be

6   implicated.  Accordingly, no further response to the request will be required.

7   2.   Interrogatories

8   Aranda seeks to compel a further response to Interrogatory No. 3, relating to his work

9   schedule.  NTI's response is quite detailed, and appears to reflect accurately that Aranda's schedule

10  was somewhat flexible, and varied over the course of his employment.  Aranda complains that the

11  response does not disclose details such as starting and stopping times and total hours worked, but it

12  is clear from the response that his schedule was not fixed in that manner.  No further response will

13  be required.

14  Interrogatory No. 12 seeks the identity of other employees who held the same or similar

15  positions.  Although no particular privacy attaches to those persons' identities, Aranda indicates his

16  desire is to depose such persons to inquire about how they were compensated.  Again, Aranda has

17  failed to show anything beyond the most tenuous relevance, and no further response will be

18  required.

19

20  B.   NTI's motion to compel deposition

21  Aranda refused to go forward with his own deposition upon learning that additional

22  documents might exist that he believed should be produced.  Aranda's preference to have the benefit

23  of further document production by NTI before providing testimony did not justify his refusal to

24  appear for deposition as noticed.   Nevertheless, in the interests of efficiency and to preclude

25  subsequent disputes, Aranda will not be compelled to appear for deposition at any time before two

26  business days after NTI has made the further production as required in Section A above.  Within

27  those constraints, the parties shall cooperate to schedule the deposition as promptly as practicable.

28

2

United States District Court

For the Northern District of California

1

2     C.  NTI's  motion to compel interrogatory responses

3     NTI seeks to compel further responses to its first set of interrogatories.  Aranda again

4  complains that his ability to respond is hampered by not having additional documents.  Aranda was

5  under a duty to respond based on all facts and information presently available to him.  Again in the

6  interests of efficiency and to preclude subsequent disputes, Aranda will not be compelled to provide

7  further responses until NTI has made the further production or provided the declaration as required

8  in Section A above, but shall do so within 7 business days thereafter.

9

10    D.  NTI's motion for a protective order

11    Because Aranda has failed to show that the compensation of other persons has any

12  meaningful relevance and because of the privacy interests involved, NTI's motion for a protective

13  order is granted.  In responding to the subpoena served on it,  the custodian of records for Automatic

14  Data Processing shall only produce responsive documents specifically relating to Paulo Aranda.

15

16    E.  Sanctions

17    Civil Local Rule 7-8 requires all requests for sanctions to be made by separately-noticed

18  motion.  NTI's requests for sanctions are denied.

19

20                    III.  CONCLUSION

21    The discovery motions heard on August 15, 2007, are each granted to the extent set forth

22  above, and are otherwise denied.

23

24  IT IS SO ORDERED.

25  Dated: August 15, 2007

                          _____
26                        RICHARD SEEBORG
                          United States Magistrate Judge
27

28

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER HAS BEEN GIVEN TO:**

Grant Andrew Carlson      gcarlson@go4law.com, sgoetz@go4law.com

Adam Wang      aqwang@dalbonandwang.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the Court's CM/ECF program.

**Dated: 8/15/07**                                    **Chambers of Judge Richard Seeborg**

                                                          **By:**          **/s/ BAK**

ORDER RE DISCOVERY MOTIONS
C 06-04738 JF (RS)

4