IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Paulo Aranda,<br><br>        Plaintiff,<br>  v.<br><br>NTH Connect Telecom Inc., et al.,<br><br>        Defendant.<br>_____/ | NO. C 06-04738 JW<br><br>**ORDER DENYING PLAINTIFF'S OBJECTION TO DISCOVERY ORDER** |

On October 31, 2007, Plaintiff filed a motion before Magistrate Judge Seeborg to compel the production of certain payroll records in Defendants' possession. (See Docket Item No. 67.) On December 18, 2007, Judge Seeborg issued an order denying Plaintiff's motion to compel. (See Docket Item No. 83.) Presently before the Court is Plaintiff's objection to Judge Seeborg's order. (See Docket Item No. 84.)

On January 1, 2008, Plaintiffs also filed a motion for reconsideration before Judge Seeborg. (See Docket Item No. 86.) In light of Plaintiff's motion for reconsideration, the Court DENIES Plaintiff's objection as premature. Plaintiff may renew his objection once Judge Seeborg rules on Plaintiff's motion for reconsideration.

Dated: January 4, 2008

                                                          JAMES WARE<br>
                                                          United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam Wang aqwang@dalbonandwang.com
Grant Andrew Carlson gcarlson@go4law.com

**Dated: January 4, 2008**                         **Richard W. Wieking, Clerk**

                                                 **By: /s/ JW Chambers**
                                                      **Elizabeth Garcia**
                                                      **Courtroom Deputy**

United States District Court
For the Northern District of California