United States District Court
For the Northern District of California

1
2
3
4
5
6
7            IN THE UNITED STATES DISTRICT COURT

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                   SAN JOSE DIVISION

10  Paulo Aranda,                          NO. C 06-04738 JW

11            Plaintiff,              **ORDER RE: ADDITIONAL BRIEFING
                                      ON ISSUE OF ATTORNEY FEES**
      v.                              **UNDER FLSA**
12
    NTH Connect Telecom Inc., et al.,
13
14            Defendants.
                                    /
15
16        On June 2, 2008, the Court conducted a hearing on Defendant's Motion to Enforce a

    Settlement Agreement.  At the hearing, Plaintiff's counsel presented new legal authority regarding
17
    his right to recover attorney fees despite the settlement agreement executed by his client.  In light of
18
    the discussion at the hearing, the Court requests additional briefing regarding this issue.  The parties
19
    shall submit their briefs according to the following schedule:
20
21        (1)    Plaintiff shall file its opening brief on or before **July 14, 2008**;

22        (2)    Defendant shall file its opposition, if any, on or before **August 11, 2008**;

23        (3)    Plaintiff shall file its reply, if any, on or before **August 18, 2008.**

24        The Court shall schedule a hearing, if necessary, after reviewing the parties' papers.

25
    Dated:  June 5, 2008
26                                      _____
                                        JAMES WARE
27                                      United States District Judge
28

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam Wang waqw@sbcglobal.net
Grant Andrew Carlson gcarlson@go4law.com

**Dated:  June 5, 2008**                                    **Richard W. Wieking, Clerk**

                                                           **By:   /s/ JW Chambers               **
                                                                   **Elizabeth Garcia**
                                                                   **Courtroom Deputy**

United States District Court

For the Northern District of California