IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Paulo Aranda, | NO. C 06-04738 JW |
| Plaintiff, | **ORDER SETTING EVIDENTIARY HEARING** |
| v. | |
| Nth Connect Telecom Inc., et al., | |
| Defendant. | |

Paulo Aranda ("Plaintiff") brings this suit against Nth Connect Telecom, Inc. ("Nth Connect") and Steven Chen ("Chen") (collectively, "Defendants") for alleged violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.* Defendants contend that the parties subsequently entered into a settlement agreement ("Agreement") independently of their attorneys. Presently before the Court is Defendants' Motion to Enforce Settlement.[1] The Court conducted a hearing on June 2, 2008.

At the hearing, Plaintiff's counsel raised questions regarding the propriety of the settlement agreement. In light of the questions raised by Plaintiff's counsel, the Court invited the parties for a Case Management Conference. As the result, the Court set a schedule for additional briefing to address both legal and factual issues raised by Plaintiff's counsel.

---

[1] (Motion of Defendants Nth Connect Telecom Inc. and Steven Chen to Enforce Settlement, hereafter, "Motion," Docket Item No. 108.)

In his supplemental briefing, Plaintiff includes a declaration in which he states:

> On February 8, 2008, I received a call from an employee of Nth Connect who asked me to meet with Steven Chen. (Declaration of Paulo Aranda ¶ 4, hereafter, "Aranda Decl.," Docket Item No. 117.) When I stated I was not interested in speaking to Steven Chen, "this employee stated that my case was not going anywhere, and my attorney did not know what he was doing." (Id.) "He threatened that if I continued to pursue the case and did not settle with Steve (sic) Chen, Steven Chen would sue me for the attorney's fees for his high-priced attorney who, according to Steven Chen, would win almost all the cases he handles and had in fact won everything in this case so far." Id. "Steven Chen also threatened to harm me in other means." Id.
>
> Although my attorney reassured me about the merits of my claim, "the fear caused by the call overshadowed any voice of reason." (Id. ¶ 6.) "Therefore, I agreed to meet with Steven Chen on Saturday February 9, 2008." (Id.) "During the meeting, I agreed to settle the case for $5,000. The decision was made under an enormous pressure; and at the time, I was literally scared to death. When meeting with Steven Chen, I did ask about the fees owed to my attorney. Steven Chen simply told me not to worry about it." (Id. 8.)

In contrast, Defendants state:

> In late 2007, I saw Mr. Aranda in the parking lot of the Comcast Delta Valley Office. (Declaration of Steven Chen in Support of Motion to Approve Settlement ¶ 6, hereafter, "Chen Decl.," Docket Item No. 110.) He made a point to approach me to say "Hello." (Id.) I had previously received information from my employee that Mr. Aranda had indicated a desire to end the litigation. We subsequently set a meeting between Mr. Aranda and myself for early February 2008. (Id.) When we met, Mr. Aranda indicated to me that the case was "stressing him out," and that he wanted it over. (Id.) We ultimately agreed that Nth Connect would cover up to $5,000 of his wife's dental treatment and executed the written Agreement. (Id.)

In light of the differing representations regarding the circumstances under which the Settlement Agreement was reached, the Court finds that enforcement of the Settlement Agreement is inappropriate at this time. The Court sets an evidentiary hearing for **Wednesday, August 27, 2008 at 9 a.m.**[2] Both Mr. Chen and Mr. Aranda are ordered to appear. Counsel shall subpoena all witnesses and evidence necessary to resolve this issue.

Dated: August 12, 2008

*James Ware*
JAMES WARE
United States District Judge

---

[2] The hearing may proceed into the afternoon if necessary.

United States District Court
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam Wang waqw@sbcglobal.net
Grant Andrew Carlson gcarlson@go4law.com

**Dated: August 12, 2008**               **Richard W. Wieking, Clerk**

**By:  /s/ JW Chambers**
      **Elizabeth Garcia**
      **Courtroom Deputy**